IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 21-22274-GLT |
| | : | |
| Todd A. Reppert d/b/a Reppert Appliance and Furniture, | : | Chapter 7 |
| Debtor. | : | |
| | : | |
| | : | Document No. |

## **BANKRUPTCY RULE 1019 REPORT**

And Now comes the Debtor, Todd A. Reppert d/b/a Reppert Appliance and Furniture, by and through his attorney, Dennis J. Spyra, Esq., and files this Bankruptcy Rule 1019 Report and avers as follows:

1. Debtor has incurred one post-petition creditor, REGISTIX LLC, 11845 Vanstory Drive, Suite 500, Hunterville, NC 28078, with a balance owed of $9,200.00.

2. Debtor has updated the mailing matrix to include the post-petition creditor.

Wherefore, the Debtor respectfully submits the Bankruptcy Rule 1019 Report.

Respectfully Submitted,

/s/ Dennis J. Spyra, Esq.
Attorney for Debtor
1711 Lincoln Way
White Oak, PA 15131
(412) 673-5228
attorneyspyra@dennisspyra.com
PA I.D. # 46188