3517 Route 982
Latrobe, PA 15650
(724) 423-5580



mark@markferryauctioneers.com
www.markferryauctioneers.com

*"The Professionals"*

Mark L. Ferry (AU-1589)

February 28, 2022

# Inventory and Appraisal

Robert H. Slone
Attorney at Law
223 South Maple Street
Greensburg PA 15601

RE: case # 21-22274GLT
Reppert Appliance & Furniture
414 Broad Street
Belle Vernon, PA

### My onsite assessment on February 24, 2022 at the above address consists of:
2001 Chevy box truck with power tail gate, unknown running condition,

### Refrigerators, washer, dryers:
4 Refrigerators refurbished
6 Refrigerators scratch & dent
21 washers new scratch & dent
13 washers refurbished
9 washers scratch & dent
19 washers refurbished
6 gas stove scratch & dent
11 refrigerators refurbished
15 gas stove refurbished
6 stack on washer/dryer refurbished
Apartment size washer & dryer

Early Magtag wringer washers

### Large selection of parts: refrigerator, washer, stove, dishwasher

### Bedding:
26 mattress and box springs, various sizes
25 mattress, various sizes
Misc. bed frames/rails




EXHIBIT "A"



3517 Route 982
Latrobe, PA 15650
(724) 423-5580

mark@markferryauctioneers.com
www.markferryauctioneers.com

*"The Professionals"*

Mark L. Ferry (AU-1589)

2- Rheem 40 gallon hot water heaters,
Scooter Carpet Cleaner, Craftsman 6.0 gallon air compressor, 2-New Kobalt cut off saws, Wagner Control Pro 130 Paint sprayer, Weaver Ext ladders, misc. hand and power tools, Infared heaters, Dura Flame heaters, 4 hand dollies, 2 platform dollies,

**Approx. 40 tin and paper advertising signs**: Coca Cola, Gaines Dog Meal Red Man, Sierra Wood Stove,

**Advertising Clocks:** Coke, Pepsi,

**Approx. 50 stoneware jars:** 6 gallon, 4 gallon, 2 gallon, 1 gallon, pints, stenciled and free hand, some cracked

### Possible value: $30,000.00-$40,000.00

Note: The above-mentioned prices are prices which might be realized at auction. By making this appraisal we do not agree to purchase or replace any or all said items.

Mark Ferry Auctioneers, Inc., AY2076

*Mark L. Ferry*

**Mark L. Ferry, President**






3517 Route 982  
Latrobe, PA 15650  
(724) 423-5580

mark@markferryauctioneers.com  
www.markferryauctioneers.com

*"The Professionals"*  
Mark L. Ferry (AU-1589)

February 28, 2022

## Proposal for Live Auction
## RE: Terms, Expenses, Commission

For conducting a live auction for the contents of the building.

### Commission: Twenty Five Percent (25%)

A Buyers Premium In The Amount Of 10% With Respect To Each Item Of Property Sold At The Auction, Calculated As A Percentage Of The Hammer Price That Is Payable By The Buyer To The Auctioneer For Auctioneer's Own Account. The Buyer's Premium Is Not Included In, And Is Not A Credit Against, Auctioneer's Commission Or Any Other Fees Payable To Auctioneer By Seller. No Portion Of The Buyer's Premium Is Due Or Payable To Seller.

### Seller's Advertising Expenses for the contents:

**The following advertising:**
**Newspapers;** Trib Total Media, Trader's Guide, Local Newspapers, Mark Ferry Auctioneer website, Auction Zip, Go To Auction, social media face book postings.

**Advertising Expenses not to exceed $2,000.00.**
(All expenses will be deducted from the gross proceeds).

**Labor for sale set up, sorting, etc.: $2,000.00**

Payment will be made on the contents 10-12 days from the date of the auction along with a final settlement sheet with complete accounting of all advertising invoices and any other expenses.

**Thank You for this opportunity, I look forward in working for you.**

Mark Ferry Auctioneers, Inc., AY2076

*Mark L. Ferry*

**Mark L. Ferry, President**


